Before STATE INDUSTRIAL BOARD, Respondent. LEON LITTLE, Respondent, v. D. H. GRANDIN MILLING COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that claimant has been awarded more than $3,500 without any finding as to permanent disability. All concur.

BENJAMIN LISTIZKY, Respondent, v. PINCUS COHEN and Another, Appellants.— Motion granted, with ten dollars costs, unless the appellants perfect their appeal by October twentieth, and pay said costs, in which event motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. DORA LUX, Respondent, v. FELTMAN BROTHERS & HERMEL, INC., and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that death caused by an earthquake is not the result of an accident arising out of the employment. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. KATE LYNCH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *DeMuth* v. *Butler* (210 App. Div. 505); *Matter of Daly* v. *Bates & Roberts* (224 N. Y. 126); *Matter of McInerney* v. *Buffalo & Susquehanna R. R. Corp.* (225 id. 130); *Kane* v. *Barbe* (210 App. Div. 558). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. FRED MARCEAU, Respondent, v. GEORGE HALL CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of LYMAN H. BEVANS, Attorney.— Proceeding will be held for a reasonable time to allow determination of pending litigation.

In the Matter of the Application of PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Respondent, for a Mandamus Order against ERIE RAILROAD COMPANY, Appellant.— Final order unanimously affirmed, with costs.

In the Matter of the Application of FLORA B. MABIE, Appellant, for a Certiorari Order against ROBERT L. CLARK, as County Treasurer of Madison County, New York, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of Proving the Last Will and Testament of MARY E. GRAHAM PHIPPS, Deceased.— Decree unanimously affirmed, with costs.

In the Matter of the Application of MARY R. RYAN, Appellant, for a Peremptory Mandamus Order against FRANK H. MITER, Commissioner of Public Safety of the City of Troy, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Cochrane, P. J., H. T. Kellogg and Van Kirk, JJ., concur upon the authority of *People ex rel. Hannan* v. *Board of Health of the City of Troy* (153 N. Y. 513).

In the Matter of the Judicial Settlement of the Estate of GEORGE F. UNDERWOOD, Deceased.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. MARY MATTIMORE, Respondent, v. WALTER T. MURPHY, INC., and Another, Appellants.— Motion denied.

JAMES D. McCRONE, Appellant, v. FLORENCE WHITTIER, Respondent.— Motion granted, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. PETER McDONALD, Respond-